778 F.2d 538
 OPERATING ENGINEERS PENSION TRUST, Operating Engineers
Health & Welfare Fund, Operating Engineers
Vacation-Holiday Savings Trust and
Operating Engineers Training
Trust, Plaintiffs/Appellants,
v.
CHARLES MINOR EQUIPMENT RENTAL, INC., Defendant/Appellee.
 No. 84-6044.
 United States Court of Appeals,
Ninth Circuit.
 Dec. 12, 1985.
 
 Wayne Jett, Brian Ray Hodge, Jett, Clifford & Laquer, Los Angeles, Cal., for plaintiffs/appellants.
 Albert J. Tomigal, Wilson Clark, Marina Del Rey, Cal., for defendant/appellee.
 Before SCHROEDER, FLETCHER and FARRIS, Circuit Judges.
 
 ORDER
 
 1
 The majority opinion filed July 22, 1985, 766 F.2d 1301, is amended as follows:
 
 
 2
 At page 1304, column 2, line 3, delete the words "res judicata" and substitute "binding as precedent."